COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        James Deaver Services, Inc. v. Don Mafrige

Appellate case number:    01-22-00194-CV

Trial court case number:  21-CV-0386

Trial court:                       56th District Court of Galveston County

Appellant James Deaver Services, Inc. ("JDSI") has filed a motion indicating that trial of the case underlying this interlocutory appeal, Cause No. 21-CV-0386, *Don Mafrige v. Bichon Roofing & General Contractors, Inc. and James Deaver Services, Inc.*, is set for September 26, 2022. JDSI seeks a stay of trial court proceedings pending determination of this appeal.

We deny the motion for a stay of the trial court proceedings. The Court will consider a future motion for a stay of trial court proceedings if any party files a motion for rehearing or en banc reconsideration.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                              ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Rivas-Molloy, and Guerra.

Date: September 13, 2022